[No. 19117-6-III. Division Three. November 7, 2000.]

GAIL HILTON, *Appellant*, v. OMAK SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 97-2-00461-8, Ted W. Small, J., entered February 1, 2000. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 17524-3-III. Division Three. November 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER GONZALES PANTOJA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 97-1-00600-0, Jack Burchard, J., entered March 25, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 18780-2-III. Division Three. November 7, 2000.]

HARLAN D. DOUGLASS, ET AL., *Respondents*, v. ROBERT ANZIVINO, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-01919-3, James M. Murphy, J., entered September 16, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Brown, JJ.

[No. 18718-7-III. Division Three. November 7, 2000.]

*In the Matter of the Marriage of* DEBRA K. WILSON, *Respondent*, and VAUGHN A. WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-3-01851-8, Paul A. Bastine, J., entered August 18, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.